UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRANT FOX,<br><br>    Plaintiff,<br><br>v.<br><br>ADAPTIVE MANAGEMENT, INC. and<br>BRAD SCHNEIDER,<br><br>    Defendants. | Case No. 1:19-cv-07204<br><br>CONSENT ORDER OF DISMISSAL<br>WITH PREJUDICE AND WITHOUT<br>COSTS OR FEES |

This matter having been presented to the Court by the agreement of all of the parties and good cause appearing therefore, it is on this __3rd__ day of __December__, 2019,

**ORDERED** that the complaint of Plaintiff Grant Fox be and hereby is dismissed in its entirety with prejudice and without costs or fees against any party,

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction for the purposes of enforcing any agreement between the parties concerning the resolution of this matter.

HONORABLE J. PAUL OETKEN, U.S.D.J.

We hereby consent to the form and entry of this Order.

By: _____
Scott Simpson, Esq.
Beranbaum Menken LLP
80 Pine Street, 33rd floor
New York, NY 10005
Phone: (212) 509-1616
E-mail: ssimpson@nyemployeelaw.com
*Attorney for Plaintiff*

Dated: 10/3/19

By: _____
David E. Strand, Esq.
Fisher & Phillips LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
Phone: (908) 516-1050
E-mail: dstrand@fisherphillips.com
*Attorney for Defendants*

Dated: 12/3/19

Dec. 3, 2019

_____
J. PAUL OETKEN
United States District Judge

FP
FP 36616723.1